BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff STEVEN M. HAMM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN H. HAMM , <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE <br> Commissioner of Social Security, <br><br> Defendant. | No.  1:09-CV-01085 GSA <br><br> STIPULATION TO DISMISSAL |

    The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: November 2, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for STEVEN M. HAMM |

DATED: November 3, 2009    LAWRENCE G. BROWN
United States Attorney

*/s/-Elizabeth Firer

_____
ELIZABETH M. FIRER
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via e-mail authorization 11/3/09]

///

///

///

///

///

///

///

///

///

///

///

1  IT IS HEREBY ORDERED, pursuant to the stipulation by and between the
2  parties, through their respective counsel, that the court dismisses the above matter
3
4  without prejudice. Each side to bear his/her own costs and expenses, including but
5  not limited to attorney's fees.
6  **IT IS SO ORDERED.**
7
8
9  Dated : November 4, 2009                /s/ Gary S. Austin
10                                          The Honorable Gary S. Austin
                                            United States Magistrate Judge